# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 5:13-cv-01563-CAS(SPx) | Date | March 7, 2014 |
|---|---|---|---|
| Title | CECIL SHAW V. JAR-RAMONA PLAZA LLC ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS): DEFENDANT DOLLAR TREE STORE INC'S MOTION TO SEVER AND DISMISS (dkt. 44, filed Februar 4, 2014)

The Court finds this motion appropriate for decision without oral argument. Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing date of March 17, 2014, is vacated, and the matter is hereby taken under submission.

On February 4, 2014, defendant Dollar Tree Store Inc. filed a motion to sever and dismiss based on misjoinder. Dkt. 44. On February 24, 2014, plaintiff filed a notice of non-opposition to the motion to sever and dismiss. Dkt. 49. Accordingly, the Court hereby GRANTS defendant's motion.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |