UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAR-RAMONA PLAZA, LLC, a California limited liability company,<br><br>　　　　Defendant. | No.  5:13-cv-01563-CAS-SP<br><br>**JUDGMENT** |

　　　This Judgment is entered based on the following facts and circumstances:

　　　A.　On August 29, 2013, Plaintiff Cecil Shaw filed his Complaint Asserting Denial of Right of Access under Americans with Disabilities Act for Injunctive Relief, Declaratory Relief, Damages, Attorneys' Fees and Costs (ADA) [Docket No. 1].

　　　B.　On April 23, 2014, Plaintiff filed his First Amended Complaint Asserting Denial of Right of Access under Americans with Disabilities Act for Injunctive Relief, Declaratory Relief, Damages, Attorneys' Fees and Costs (ADA) [Docket No. 57];

1    C.   On March 16, 2015, this Court denied Plaintiff's Motion for Summary Judgment or, in the alternative, Summary Adjudication against Defendant, JAR-Ramona Plaza, LLC, a California limited liability company (the "Summary Judgment Motion") [Docket No. 110];

D.   On March 24, 2015, the Court approved the parties' stipulation to voluntarily dismiss this action with prejudice so that Plaintiff could appeal this Court's March 16, 2015 Order denying his Summary Judgment Motion [Docket No. 112];

E.   On March 30, 2015, Plaintiff filed a Notice of Appeal to the United States Court of Appeals for the Ninth Circuit [Docket No. 113];

F.   On January 18, 2017, the United States Court of Appeals for the Ninth Circuit filed its Memorandum affirming this Court's Order denying Plaintiff's Summary Judgment Motion [Docket No. 115];

G.   On February 9, 2017, the Court of Appeals for the Ninth Circuit filed its Mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure [Docket No. 116].

NOW, THEREFORE, BASED ON ALL OF THE ABOVE, IT IS HEREBY ORDERED that:

1.   Judgment is entered in favor of Defendant, JAR-Ramona Plaza, LLC, as to all claims filed by Plaintiff Cecil Shaw.

2.   Defendant JAR-Ramona Plaza, LLC is the prevailing party in this litigation and is entitled to its costs, including its costs on appeal.

3.   This Judgment shall be amended to reflect the amount of any costs, including, if applicable, any attorneys' fees, subsequently ordered by this Court.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: February 15, 2017

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE